FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jun 02 2026

KEVIN P. WEIMER , Clerk

By: B. Evans
**Deputy Clerk**

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

John Elija Matthews

**CRIMINAL COMPLAINT**

Case Number:  1:26-MJ-636

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about May 30, 2026 in Fulton County, in the Northern District of Georgia, defendant(s) did, intentionally cause the death of "M.S.," by use of a dangerous weapon, while "M.S." was on a terminal, structure, track and facility used in the operation of a mass transportation vehicle which was carrying passengers and employees at the time of the offense, and the conduct was engaged in, on, against and affecting a mass transportation provider engaged in interstate commerce, to wit: the Metropolitan Atlanta Rapid Transit Authority

in violation of Title 18, United States Code, Section(s) 1992(a)(7) and (b)(1).

I further state that I am a(n) FBI Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

*Ravel Pierrissaint*

Signature of Complainant
Ravel Pierrissaint

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it.  Sworn to before me, and subscribed in my presence

June 2, 2026
Date

at    Atlanta, Georgia
City and State

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer
AUSA Matthew S. Carrico / 538608 /
matthew.carrico@usdoj.gov

/s/ *Justin S.Anand*
Signature of Judicial Officer

## <u>AFFIDAVIT IN SUPPORT OF COMPLAINT</u>

I, Ravel Pierrissaint, hereby depose and state under penalty of perjury:

## <u>INTRODUCTION AND AGENT BACKGROUND</u>

1.     I have been a Special Agent with the FBI since January 2020.  I am presently assigned to the Violent Crime Task Force and am a member of the Safe Streets Gang Task Force. I am responsible for investigating various federal crimes, including violent crimes, bank robberies, commercial business robberies, kidnappings, carjackings, firearms violations, and gang matters.  I am authorized to conduct investigations and make arrests for offenses contained in Titles 18 and 21 of the United States Code.  As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7).  As a Special Agent, I received formal training, as well as on-the-job training, related to the investigation of federal crimes involving criminal organizations, drug trafficking and violent criminal enterprises, and other groups who engage in both violent and non-violent crimes.

2.     The information contained in this Affidavit is based upon my personal observations, my training and experience, and information provided to me by other law enforcement officers, witnesses, documents, and video recordings. As I am only submitting this Affidavit for the limited purpose of establishing that there is sufficient probable cause for the requested complaint, I have not included every fact known to me about this investigation. Rather, I have included only those facts that I believe are sufficient to establish probable cause for the issuance of the requested complaint.

3.     Based on the facts set forth below, there is probable cause to believe that **John Elijah MATTHEWS** has committed a violation of 18 U.S.C. §§ 1992(a)(7) and (b)(1) (Violence Against a Mass Transportation System).

## PROBABLE CAUSE

### MARTA Background

4.      The Metropolitan Atlanta Rapid Transit Authority (MARTA) rail system is the singular rapid transit rail network operating in the greater Atlanta Metropolitan area within the Northern District of Georgia.  The MARTA rail system utilizes CQ400 heavy rail trains that are manufactured by Swiss company Stadler.  The rail car bodies are built in Europe and then shipped to Stadler's U.S. facility in Utah where they are customized before being sent to MARTA for use in the Atlanta Metropolitan area.

5.      The MARTA rail system operates 48 miles of rail with 38 stations over four distinct color-coded lines that intersect at various points.  The Red Line runs from North Springs in Sandy Springs, through downtown Atlanta, to Hartsfield-Jackson International Airport.  The Gold Line runs from Doraville through downtown Atlanta, also terminating at Hartsfield-Jackson International Airport.  The Blue Line runs from Hamilton E. Holmes on the westside of Atlanta to Indian Creek on the eastside of Atlanta.  The Green Line is a shorter line that runs from Bankhead on the westside of Atlanta to Edgewood/Candler Park on the eastside of Atlanta.

6.      The MARTA train station that services Hartsfield-Jackson International Airport is within the airport itself.  Hartsfield-Jackson International Airport is consistently rated the busiest airport in the world serving over 100 million passengers annually, with over 45 million domestic inbound passengers annually, and over 7 million international inbound passengers annually. Immediately after landing at Hartsfield-Jackson International Airport, passengers travel via MARTA to business meetings, events, hotels, and numerous other destinations all as part of an ongoing stream of interstate and foreign commerce.  These same passengers also use MARTA to return to the Hartsfield-Jackson International Airport where they board their flights home.

7.  MARTA trains generally operate from 5:00 am to 1:00 am on weekdays, and from 6:00 am to 1:00 am on weekends.  Standard fare for MARTA trips is $2.50.  Passengers can pay by tapping a debit or credit card at a faregate or using a preloaded physical "Breeze" card.

8.  Roughly 80,000 passengers use MARTA trains each weekday, with over 30,000,000 passengers believed to use MARTA trains each year.  MARTA train passengers include Metro Atlanta area workers, students, and tourists from throughout the United States and the world.

### Victim

9.  66-year-old M.S. was a passenger on a northbound Gold Line MARTA train just before 11:30 a.m. on May 30, 2026.  While the train traveled toward the MARTA Oakland City station, M.S. was stabbed multiple times with a knife.  First responders arrived on the scene and rendered aid to M.S., but she was pronounced dead on the scene.

### Defendant

10.  The defendant, **John Elijah MATTHEWS,** is a 25-year-old man who has resided in Decatur, GA in recent years.

### May 30, 2026, Stabbing of M.S.

11.  Surveillance footage shows that, on May 30, 2026, at approximately 11:25 a.m., M.S. was seated by herself next to the door of a northbound Gold Line MARTA train that was traveling from the Lakewood station to the Oakland City station.  At that time, the doors to the train were closed, **MATTHEWS** was standing next to M.S. with his back to the closed train doors.

12.  M.S. did not engage with **MATTHEWS** in any way but was instead looking down at her phone.  **MATTHEWS** reached into his right pants pocket, removed a folding knife, unfolded it, and then began stabbing M.S. in the chest and neck area repeatedly.  M.S. attempted to stand

3

up and defend herself, but **MATTHEWS** continued to stab her. M.S. fell back into her seat on the train, where **MATTHEWS** continued to stab her.  M.S. was able to get to her feet again, but **MATTHEWS** continued to stab her and threw her to the ground.  In total, it is believed that **MATTHEWS** stabbed M.S. over 20 times.

13.    Multiple passengers were present on the train and witnessed **MATTHEWS** stabbing M.S.  Many of these passengers ran to the other side of the train when the stabbing began and called for help.  At least one of the passengers who was interviewed confirmed that M.S. did not interact with **MATTHEWS** and that his stabbing of M.S. appeared to be unprovoked and random.

14.    The train carrying **MATTHEWS** and M.S. was stopped at the Oakland City station, and police and first responders arrived on the scene shortly after the incident occurred. **MATTHEWS** was immediately taken into custody by police.  He was found to be in possession of a bloody folding knife consistent with the knife seen on surveillance video that **MATTHEWS** used to stab M.S.  **MATTHEWS** was also wearing the same clothing he wore in the video where he can be seen stabbing M.S., and there was blood on his clothing.  At least one passenger was able to identify **MATTHEWS** as the person who stabbed M.S.

15.    M.S. was found on the floor of the MARTA train unresponsive and bleeding profusely from multiple stab wounds.  First responders attempted to render emergency medical aid to M.S., but they were unsuccessful.  M.S. was pronounced dead on the scene.

### Conclusion

16.    Based upon my training and experience and the facts of this investigation, I submit there is probable cause that on or about May 30, 2026, within the Northern District of Georgia, the defendant **John Elijah MATTHEWS** did knowingly and without lawful authority and

4

permission, commit an act, including the use of a dangerous weapon, with intent to cause death and serious bodily injury to one or more persons on a terminal, structure, track, and facility used in the operation of a mass transportation vehicle that was carrying passengers and employees at the time of the offense, and the conduct was engaged in, on, against, and affecting a mass transportation provider engaged in interstate commerce, to wit: the Metropolitan Atlanta Rapid Transit Authority, in violation of Title 18, United States Code, Sections 1992(a)(7) and (b)(1).

17.    I request that the Court issue a criminal complaint and arrest warrant for the same.